UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| IN RE: AMAZON.COM, INC., FULFILLMENT CENTER FAIR LABOR STANDARDS ACT (FLSA) and WAGE AND HOUR LITIGATION | Master File No. 14-md-2504-DJH<br>MDL Docket No. 2504 |
| THIS DOCUMENT RELATES TO: | |
| *Heimbach, et al. v. Amazon.com, Inc., et al.*, | Case No.3:14-cv-204-DJH |

## NOTICE OF APPEAL

Notice is hereby given that Neal Heimbach and Karen Salasky, plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the Sixth Circuit from the Judgment and the Memorandum Opinion and Order entered in this action on August 30, 2018.

Date:  September 6, 2018

Respectfully submitted,

/s/ Peter Winebrake
Peter Winebrake
R. Andrew Santillo
Mark J. Gottesfeld
Winebrake & Santillo, LLC
715 Twining Road, Suite 211
Dresher, PA 19025
(215) 884-2491

Jerry Martin
David Garrison
Seth Hyatt
Barrett Johnston Martin & Garrison LLC
414 Union Street, Suite 900
Nashville, TN  37219
(615) 244-2202

*Plaintiffs' Counsel*

## **CERTIFICATE OF SERVICE**

      I, Peter Winebrake, hereby certify that, on September 6, 2018, the accompanying papers were filed electronically in both the master lead docket (3:14-md-02505-DJH) and the docket associated with this individual action (3:14-cv-00204-DJH). As such, service is sufficient pursuant to the Court's March 13, 2014 Practice and Procedure Order. See Case No. 3:14-md-02505-DJH at Doc. 16, ¶ 6.

                                              /s/ Peter Winebrake
                                              Peter Winebrake
                                              Winebrake & Santillo, LLC
                                              715 Twining Road, Suite 211
                                              Dresher, PA 19025
                                              (215) 884-2491
                                              pwinebrake@winebrakelaw.com