# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

| | |
|---|---|
| IN RE: AMAZON. COM, INC. FULFILLMENT CENTER FAIR LABOR STANDARDS ACT (FLSA) and WAGE AND HOUR LITIGATION <br><br> Master File No. 14-MD-2504 <br> MDL No. 2504 | Civil Action No. 3:14-md-02504-DJH <br><br> Honorable David J. Hale <br><br> **JOINT REPORT REGARDING MEDIATION** |

**THIS DOCUMENT RELATES TO:**
**Heimbach, et al. v. Amazon.com, Inc., et al., 3:14-cv-00204-JDH**

In accordance with the Court's August 9, 2022 Order requiring a joint status report advising as to the outcome of the October 31, 2022 mediation (MDL Dkt. No. 315), the Parties report that they conducted a remote mediation session with Mediator Dina Jansenson on October 31, 2022, and have since been and continue to be engaged in ongoing post-mediation settlement discussions facilitated by Mediator Jansenson. The Parties expect such discussions will likely continue through approximately November 15, 2022. Accordingly, the Parties respectfully request that the present stay of proceedings be temporarily extended through that date, with a joint report to be filed by the Parties advising the Court of the result of those post-mediation settlement discussions by or before November 16, 2022.

Dated: November 1, 2022

Respectfully submitted,

/s/ Peter Winebrake (with permission)
Peter Winebrake, Esq.
R. Andrew Santillo, Esq.
Mark J. Gottesfeld, Esq.
WINEBRAKE & SANTILLO, LLC
715 Twining Road, Suite 211
Dresher, PA 19025

/s/ Joseph A. Nuccio
Richard G. Rosenblatt, Esq.
Joseph A. Nuccio, Esq. (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
502 Carnegie Center
Princeton, NJ 08540

2

| | |
|---|---|
| Jerry Martin, Esq.<br>David Garrison, Esq.<br>Seth Hyatt, Esq.<br>BARRETT JOHNSTON MARTIN &<br>GARRISON LLC<br>414 Union Street, Suite 900<br>Nashville, TN 37219<br><br>ATTORNEYS FOR PLAINTIFFS | DINSMORE & SHOHL LLP<br>Kathryn A. Quesenberry<br>101 South 5th Street, Suite 2500<br>Louisville, KY 40202<br><br>ATTORNEYS FOR DEFENDANTS<br>AMAZON.COM, INC. AND<br>AMAZON.COM.DEDC, LLC<br><br>/s/ Martha J. Keon (with permission)<br>Martha J. Keon, Bar No. 207237<br>mkeon@littler.com<br>LITTLER MENDELSON P.C.<br>Three Parkway<br>1601 Cherry Street, Suite 1400<br>Philadelphia, PA 19102.1321<br>Telephone:     267.402.3000<br>Facsimile:     267.402.3131<br><br>ATTORNEYS FOR DEFENDANT<br>INTEGRITY STAFFING SOLUTIONS, INC. |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed this 1st day of November, 2022, and served on all parties via the Court's ECF system.

>                /s/ Joseph A. Nuccio
>                Joseph A. Nuccio