# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

| | |
|---|---|
| IN RE: AMAZON. COM, INC. FULFILLMENT CENTER FAIR LABOR STANDARDS ACT (FLSA) and WAGE AND HOUR LITIGATION<br><br>    Master File No. 14-MD-2504<br>    MDL No. 2504 | Civil Action No. 3:14-md-02504-DJH<br><br>Honorable David J. Hale<br><br>**JOINT REPORT REGARDING MEDIATION** |

**THIS DOCUMENT RELATES TO:**
    <u>Heimbach, et al. v. Amazon.com, Inc., et al., 3:14-cv-00204-JDH</u>

In accordance with the Court's Order requiring a joint status report advising as to the parties' post-mediation settlement discussions after the October 31, 2022 mediation, the Parties report that they (i) continue to be engaged in those discussions facilitated by Mediator Dina Jansenson; (ii) have engaged in further post-mediation exchange of data and information with associated expert review and analysis, which has taken significant additional time and has now been completed; (iii) have made very significant process towards reaching resolution of this matter; and (iv) have conferred and agreed that a final extension of the post-mediation settlement discussion period, through and until November 29, 2022, will enable the parties to complete those discussions. Accordingly, the Parties respectfully request that the present stay of proceedings be temporarily extended through that date (with no further extension requests anticipated), with a final joint status report to be filed by the Parties advising the Court of the result of those post-mediation settlement discussions by or before November 30, 2022.

Dated: November 16, 2022                                    Respectfully submitted,

| | |
|---|---|
| <u>/s/ Peter Winebrake (with permission)</u><br>Peter Winebrake, Esq.<br>R. Andrew Santillo, Esq.<br>Mark J. Gottesfeld, Esq.<br>WINEBRAKE & SANTILLO, LLC | <u>/s/ Joseph A. Nuccio</u><br>Richard G. Rosenblatt, Esq.<br>Joseph A. Nuccio, Esq. (*pro hac vice*)<br>MORGAN, LEWIS & BOCKIUS LLP |

| | |
|---|---|
| 715 Twining Road, Suite 211<br>Dresher, PA 19025 | 502 Carnegie Center<br>Princeton, NJ 08540 |
| Jerry Martin, Esq.<br>David Garrison, Esq.<br>Seth Hyatt, Esq.<br>BARRETT JOHNSTON MARTIN &<br>GARRISON LLC<br>414 Union Street, Suite 900<br>Nashville, TN 37219<br><br>ATTORNEYS FOR PLAINTIFFS | DINSMORE & SHOHL LLP<br>Kathryn A. Quesenberry<br>101 South 5th Street, Suite 2500<br>Louisville, KY 40202<br><br>ATTORNEYS FOR DEFENDANTS<br>AMAZON.COM, INC. AND<br>AMAZON.COM.DEDC, LLC<br><br>*/s/ Martha J. Keon (with permission)*<br>Martha J. Keon, Bar No. 207237<br>mkeon@littler.com<br>LITTLER MENDELSON P.C.<br>Three Parkway<br>1601 Cherry Street, Suite 1400<br>Philadelphia, PA 19102.1321<br>Telephone:     267.402.3000<br>Facsimile:     267.402.3131<br><br>ATTORNEYS FOR DEFENDANT<br>INTEGRITY STAFFING SOLUTIONS, INC. |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed this 16th day of November, 2022, and served on all parties via the Court's ECF system.

/s/ Joseph A. Nuccio
Joseph A. Nuccio