# WINEBRAKE & SANTILLO, LLC

October 6, 2023

John M. Gallagher
Judge of the United States District Court
Eastern District of Pennsylvania
Edward N. Cahn U.S. Courthouse
504 West Hamilton Street, Suite 4701
Allentown, PA 18101

David J. Hale
Judge of the United States District Court
Western District of Kentucky
Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, KY 40202

Re:   *Green v. Amazon.com, Inc.*, 5:21-cv-05007-JMG
      *Heimbach v. Amazon.com, Inc.*, 3:14-cv-00204-DJH

Dear Judges Gallagher and Hale:

I am one of lawyers representing plaintiffs in these class action lawsuits. I submit this letter in response to Judge Gallagher's request for a status report in the *Green* action. However, since the letter also discusses the *Heimbach* action, I also address the letter to Judge Hale.

In both *Heimbach* and *Green*, plaintiffs allege that Amazon violated the Pennsylvania Minimum Wage Act ("PMWA") by failing to pay employees overtime wages for time associated with post-shift screenings at its Pennsylvania warehouses. *Heimbach* purports to cover employees from the Breinigsville, PA warehouse and concerns the 12-year time period between September 2010 and November 2022. Meanwhile, *Green* purports to cover 10 warehouses *other than* Breinigsville and concerns various time periods after July 2018.

The Judicial Panel on Multidistrict Litigation ("JPML") transferred *Heimbach* to the Western District of Kentucky in 2014. *Green*, however, was not transferred because it was filed after the JPML stopped sending Amazon security screening cases to the Western District of Kentucky.

Even though *Heimbach* and *Green* have been proceeding in different courts, the parties mediated the actions together. Mediation resulted in a "global" settlement covering both actions. On February 17, 2023, plaintiffs filed with each Court separate motions for preliminary approval of the respective class action settlements.

Crucially, the global settlement is contingent upon *both* Judge Hale approving the *Heimbach* settlement *and* Judge Gallagher approving the *Green* settlement. *See* Settlement Agreement at ¶ 12(b) (defining "Effective Date"). Likewise, notice to the respective class members will not be issued until *both* Judge Hale preliminarily approves the *Heimbach* settlement *and* Judge Gallagher preliminarily approves the *Green* settlement. *See id.* at ¶ 14(a)(i).

In negotiating the settlement, Amazon generally sought "total peace" with respect to the PMWA claims at all of its Pennsylvania warehouses. This approach is understandable. Few

corporate defendants, after all, would agree to the "piecemeal" settlement of such closely related class claims.

Notwithstanding, a "global" settlement creates complications where, as here, the settled lawsuits are proceeding in separate judicial districts. In an effort to address these complications, Plaintiffs respectfully propose three ideas that might simplify the judicial review process and foster procedural continuity between the two settled actions:

First, perhaps it makes sense to transfer ***for the sole purpose of settlement approval*** *Heimbach* to the Eastern District of Pennsylvania or *Green* to the Western District of Kentucky.

Second, perhaps the Courts should appoint a special master who can consider the global settlement and simultaneously issue a report and recommendation to each Court regarding preliminary and final approval.

Third, perhaps both Courts can simultaneously conduct via Zoom a joint preliminary approval hearing during which the parties' fairness arguments can be presented together in a single proceeding.

Although Amazon's lawyer has reviewed this letter, I am not authorized to represent that Amazon currently endorses any of the above proposals. However, if either Court is interested in considering any or all of the proposals, I suspect Amazon would promptly weigh-in.

Thank you for your consideration of this letter and for your continued patience in presiding over this complicated matter.

Respectfully,

*[signature]*

Pete Winebrake
One of Plaintiffs' Lawyers

c.c.   All Counsel of Record (by ECF)